IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00010-KDB-DSC

| | |
|---|---|
| SCOTT ALMINIANA et. al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| LOWE'S HOME CENTERS LLC, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Naima L. Farrell, Jason C. Schwartz, Greta B. Williams and Molly T. Senger]" (documents ##23-26) filed April 20, 2020. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: April 20, 2020

David S. Cayer
United States Magistrate Judge