# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CV-00010-KDB-DSC

| | | |
|---|---|---|
| **SCOTT ALMINIANA et. al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| **LOWE'S HOME CENTERS LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Seth R. Lesser and Fran L. Rudich]" (documents ##30-31) filed April 22, 2020. For the reasons set forth therein, the Motions will be <u>granted</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Kenneth D. Bell</u>.

**SO ORDERED**.

Signed: April 23, 2020

David S. Cayer
United States Magistrate Judge