IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:20-cv-00010-KDB-DSC

| | |
|---|---|
| SCOTT ALMINIANA, et al., | ) |
| Plaintiffs, | ) |
| v. | ) DEFENDANT'S 12(B)(1) MOTION TO DISMISS AND COMPEL ARBITRATION OF PLAINTIFFS SCOTT ALMINIANA AND STACEY PFLUG'S CLAIMS |
| LOWE'S HOME CENTERS, LLC, | ) |
| Defendant. | ) |

Pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq.*, and Federal Rule of Civil Procedure 12(b)(1), Defendant Lowe's Home Centers, LLC ("Lowe's") hereby respectfully moves the Court for an order compelling Plaintiffs Scott Alminiana and Stacey Pflug to arbitrate their claims on an individual basis in accordance with the valid and enforceable arbitration agreements they signed, and dismissing them as plaintiffs from this case.

Pursuant to Local Civil Rule 7.1(b), Defendant's counsel attempted to obtain concurrence in the relief sought in this motion, but was unable to do so, thereby necessitating that this motion be filed.

Dated: April 27, 2020

Respectfully submitted,

/s/ Jason C. Schwartz

| | |
|---|---|
| Paul J. Peralta (Bar Number: 34622) | Jason C. Schwartz (admitted *pro hac vice*) |
| Scott M. Tyler (Bar Number: 23300) | Greta B. Williams (admitted *pro hac vice*) |
| Emily C. Pera (Bar Number: 53137) | Molly T. Senger (admitted *pro hac vice*) |
| Sarah H. Negus (Bar Number: 44444) | Naima L. Farrell (admitted *pro hac vice*) |
| Kristen J. Kenley (Bar Number 49310) | GIBSON DUNN & CRUTCHER LLP |
| MOORE & VAN ALLEN PLLC | 1050 Connecticut Avenue, N.W. |
| 100 North Tryon Street, Suite 4700 | Washington, DC 20036 |
| Charlotte, NC 28202 | Telephone: (202) 955-8500 |
| Telephone: (704) 331-1024 | Facsimile: (202) 467-0539 |
| Facsimile: (704) 331-1159 | jschwartz@gibsondunn.com |
| paulperalta@mvalaw.com | gbwilliams@gibsondunn.com |
| scotttyler@mvalaw.com | msenger@gibsondunn.com |
| emilypera@mvalaw.com | nfarrell@gibsondunn.com |
| sarahnegus@mvalaw.com | |
| kristenkenley@mvalaw.com | |

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Jason C. Schwartz
*Attorney for Defendant*