# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Scott Alminiana et al, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:20-cv-00010-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Lowe's Home Centers, LLC, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 22, 2020 Order.

September 22, 2020

_____
Frank G. Johns, Clerk
United States District Court