FILED: June 17, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2135
(5:20-cv-00010-KDB-DSC)

_____

REBECCA MCPHEE; KATIE SHOOK; IRIS TIRADO, individually and on behalf of all other similarly situated individuals

    Plaintiffs - Appellants

v.

LOWE'S HOME CENTERS, LLC

    Defendant - Appellee

_____

JUDGMENT

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                              /s/ PATRICIA S. CONNOR, CLERK