FILED: July 9, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2135
(5:20-cv-00010-KDB-DSC)

_____

REBECCA MCPHEE; KATIE SHOOK; IRIS TIRADO, individually and on behalf of all other similarly situated individuals

      Plaintiffs - Appellants

v.

LOWE'S HOME CENTERS, LLC

      Defendant - Appellee

_____

MANDATE

_____

The judgment of this court, entered June 17, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*